IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01726-BNB

ROSCOE FORD,

    Applicant,

v.

TRAVIS TRANI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 9 2009

GREGORY C. LANGHAM
                CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 9, 2009, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01726-BNB

Roscoe Ford
Prisoner No. 102087
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Patricia Van Horn
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/9/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk