IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01726–MSK–KMT

ROSCOE FORD,

    Applicant,

v.

TRAVIS TRANI, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER**

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 30, 2010**, the Clerk of the Denver District Court shall provide to this court the original written record of Denver criminal case no. 97CR4477, *People v. Roscoe Ford*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by mail to Clerk of the Denver District Court, 1437 Bannock Street, Rm. 256, Denver, Colorado 80202.

    Dated this 12th day of April, 2010.

                                      **BY THE COURT:**

                                      Kathleen M. Tafoya
                                      United States Magistrate Judge