IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2013

JEFFREY P. COLWELL
CLERK

CIVIL ACTION NO. 09-cv-01726 MSK

ROSCOE FORD,

    Applicant,

vs.

TRAVIS TRANI, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

### ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 23rd day of January, 2013.

                BY THE COURT:

                *Marcia S. Krieger*

                Marcia S. Krieger
                Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01726 MSK

District Court, City and County of Denver
1437 Bannock St., Rm 256
Denver, CO 80202

Roscoe Ford
#102087
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Patricia Rae Van Horn - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  1/23/2013  .


                       JEFFREY P. COLWELL, CLERK

                       By: s/ D. Berardi
                            Deputy Clerk